UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DEON BRAZIER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. MORA,<br><br>　　　　Defendant. | Case No. 23-cv-06527-EKL<br><br>**ORDER GRANTING MOTION TO VACATE VOLUNTARY DISMISSAL & REOPEN CASE**<br><br>Re: ECF No. 34 |

On May 2, 2025, the parties filed stipulated voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the instant lawsuit was closed. ECF No. 33. On May 8, 2025, Plaintiff Kevin Deon Brazier, proceeding pro se, filed a motion to rescind the settlement agreement. ECF No. 34. Defendant filed a notice of non-opposition to the motion. ECF No. 35.

The Court interprets the filing as a motion to vacate the stipulated voluntary dismissal and reopen the case pursuant to Federal Rule of Civil Procedure 60(b). *See In re Hunter*, 66 F.3d 1002, 1004 (9th Cir. 1995) (voluntary dismissal is judgment subject to Rule 60(b) relief). Given Defendant's non-opposition, Plaintiff's pro se status, and Plaintiff's imprisonment, the Court **GRANTS** Plaintiff's motion to **VACATE** the stipulated voluntary dismissal and **REOPENS** the instant lawsuit. The Court will address Plaintiff's additional motions in separate orders.

**IT IS SO ORDERED.**

Dated: May 23, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　Eumi K. Lee
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge